JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANTONIO MEDINA,

                Petitioner,

        v.

TERESA CISNEROS,

                Respondent.

Case No. CV 20-03858-SB(AS)

**JUDGMENT**

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    **IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

Dated:  June 24, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge